FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAYE M. SEARCY, et al., Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:14-CV-02744-M |
| CITIMORTGAGE, INC., Defendant. | § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiffs filed objections, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *Defendant CitiMortgage, Inc.'s Motion for Summary Judgment*, Doc. 57, is **GRANTED**.

**SO ORDERED** this 25th day of April, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE